**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR24** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LATOYIN DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for an extension of time to reply to the government's response to his motion to vacate, etc., filed under 28 U.S.C. § 2255 (Filing No. 48).  The Court notes the Clerk's deficiency notice issued with respect to the lack of a certificate of service.  (Filing No. 49.)  However, since the Court's electronic record shows that the government has received electronic notice of the motion, the lack of a certificate of service will be forgiven.

IT IS ORDERED:

1.      The Defendant's motion for an extension of time (Filing No. 48) is granted;

2.      The Defendant must reply to the government's Answer on or before May 29, 2009; and

3.      The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 24th day of April, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge