## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR24 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| LATOYIN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the accompanying memorandum and order,

IT IS ORDERED:

1.     The Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 41) is denied;

2.     The Defendant's motion for leave to proceed in forma pauperis (Filing No. 42) is denied as moot;

3.     The Defendant's motion for admittance of ineffective assistance of counsel (Filing No. 53) is denied; and

4.     The Clerk is directed to mail a copy of this judgment to the Defendant at his last known address.

DATED this 17th day of June, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge